UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TRAVIS C. BAZE,<br><br>               Petitioner,<br><br>    v.<br><br>RONALD HAYNES,<br><br>               Respondent. | CASE NO. C17-5706 BHS-TLF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge (Dkt. 16), and Petitioner Travis Baze's ("Baze") objections to the R&R (Dkt. 17).

On July 5, 2018, Judge Fricke issued the R&R recommending that the Court deny Baze's motion to stay and abey because his current petition does not include an unexhausted claim. Dkt. 16. On July 19, 2018, Baze objected on the basis that his unexhausted claim is still proceeding through the state courts and submitted evidence in support of his position. Dkt. 17.

The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or

modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions. Fed. R. Civ. P. 72(b)(3).

In this case, Baze fails to show any error in the R&R. While it is true that Baze is exhausting a double jeopardy claim in state court, Baze's current petition does not include that unexhausted claim. If Baze files a motion for leave to amend his petition to add his unexhausted double jeopardy claim, then he may present a mixed petition for consideration and can then properly file a motion to stay and abey his amended mixed petition. At his point, however, Baze has presented a petition that includes only exhausted claims, and there is no reason to stay and abey that current petition. Therefore, the Court having considered the R&R, Petitioner's objections, and the remaining record, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) Baze's motion to stay and abey is **DENIED without prejudice**.

Dated this 30th day of August, 2018.

BENJAMIN H. SETTLE
United States District Judge